IN RE: KAPLAN                                     CASE NO. 10-13732 B

**BANK OF AMERICA**                                                CHECK NUMBER

Claim 000012, Payment 9.42%
American Express Centurion Bank        Barbara Rivera-Fulton, Trustee        32-1/1110 TX 0        **1013**
c/o Becket and Lee LLP                 P.O. BOX 19980
POB 3001                               New Orleans, LA 70179                 DATE        AMOUNT
Malvern PA 19355-0701
                                                                             11/07/11    ************1.83

Acct. 2005        **1987057**              CASE NUMBER                       ESTATE OF

                  PAY TO THE ORDER OF     10-13732     B        Debtor: KAPLAN, SCOTT
                                                                Joint Debtor: KAPLAN, TRACIE

United States Bankruptcy Court                                  One Dollar And 83/100
LA
500 Poydras St. B-601
New Orleans, LA 70130
                                                                *Barbara Rivera-Fulton*
                                                                RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
                                                                THIS CHECK VOID AFTER 90 DAYS

⑈001013⑈ ⑆111000012⑆ 4438100138⑈

11/10/11
DEPOSITED TO UNCLAIMED
UNDER $25.00 (106000).
DUE: ~~SEE ATTACHED~~

```
UNITED  STATES
BANKRUPTCY  COURT
EASTERN DISTRICT OF LOUISIANA
   NEW ORLEANS DIVISION

#  229331    -   KW
 *  *  C O P Y  *  *
November  10,  2011
        10:08:41


     UNC.UNDER$25
        10-13732
Debtor.: SCOTT KAPLAN
Trustee: Barbara Rivera-Fulton
Amount.:              $1.83 CH
Check#.: 1013


Total->   $1.83



FROM: RIVERA FULTON
```

Date:  11/07/11                    **DIVIDENDS REMITTED TO THE COURT**                    Page: 1

Case Number 10-13732 - KAPLAN, SCOTT

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **American Express Centurion Bank**<br>**c/o Becket and Lee LLP**<br>**POB 3001**<br>**Malvern PA 19355-0701**<br>  Acct. 2005 | 000012 | 19.43 | 1.83 |
| ---------- Remittance Total --------------- | | 19.43 | 1.83 |

_[signature]_

Law Ofc. of Barbara Rivera Fulton, Trustee